# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                              §
                                    §
BARBARA J JACKSON                   §    Case No. 1:11-00983-PSH
                                    §
                                    §
            Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                        $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]         $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/STEVEN R. RADTKE_____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 11-00983 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | BARBARA J JACKSON | | | | Date Filed (f) or Converted (c): | 01/11/2011 (f) |
| | | | | | 341(a) Meeting Date: | 02/14/2011 |
| For Period Ending: | 02/15/2012 | | | | Claims Bar Date: | 07/05/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3518 W. 84th Street, Chicago, IL 60652 Single-Family Home/De | 130,000.00 | 15,384.00 | DA | 0.00 | FA |
| 2. Cash on Hand | 10.00 | 10.00 | DA | 0.00 | FA |
| 3. Northern Trust Bank Savings Account | 211.27 | 211.27 | DA | 0.00 | FA |
| 4. Fifth Third Bank Checking Account | 135.00 | 135.00 | DA | 0.00 | FA |
| 5. Fifth Third Bank Savings Account | 63.00 | 63.00 | DA | 0.00 | FA |
| 6. Fifth Third Bank Checking Account | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. North Trust Savings Bank Checking Account | 1,500.00 | 1,500.00 | DA | 0.00 | FA |
| 8. Sofa, Loveseat, Entertainment Center, 2 Television Sets, VCR | 3,000.00 | 1,500.00 | DA | 0.00 | FA |
| 9. Books & Family Pictures | 100.00 | 100.00 | DA | 0.00 | FA |
| 10. Necessary Wearing Apparel | 500.00 | 500.00 | DA | 0.00 | FA |
| 11. Wedding Ring, Bracelet, and Fur Coat | 200.00 | 200.00 | DA | 0.00 | FA |
| 12. Camera, Camcorder, and Treadmill | 800.00 | 800.00 | DA | 0.00 | FA |
| 13. Whole Life Insurance Policy with TexLife - spouse is sole be | 50,000.00 | 50,000.00 | DA | 0.00 | FA |
| 14. State of Illinois Day-Care License---No Value | 0.00 | 0.00 | DA | 0.00 | FA |
| 15. Vacant Land: Road 737, Philadelphia MS 39350 | 29,220.00 | 25,000.00 | | 25,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.28 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $215,739.27  $95,403.27  $25,001.28  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sold vacant land in Philadelphia, Mississippi. checked claims. submitted relevant info to accountant to prepare required tax return.

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Initial Projected Date of Final Report (TFR): 08/31/2012     Current Projected Date of Final Report (TFR):

Exhibit A

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 11-00983  
Case Name: BARBARA J JACKSON  
Taxpayer ID No: XX-XXX0558  
For Period Ending: 02/15/2012  

Trustee Name: STEVEN R. RADTKE  
Bank Name: Bank of America  
Account Number/CD#: XXXXXX9986  
Money Market Account  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/05/11 | | Jordan & White Attorneys PLLC Trust Account P.O. Box 459 Philadelphia, MS 39350 | Proceeds of Sale Sale of 12 acres in Philadelphia, MS | | $22,146.37 | | $22,146.37 |
| | 15 | | Vacant Land: Road 737, Philadelphia MS 39350     $25,000.00 | 1110-000 | | | |
| | | Martin Real Estate | Broker's commission     ($2,500.00) | 3510-000 | | | |
| | | Delinquent Ad Valoram County Taxes | County taxes     ($36.69) | 4700-000 | | | |
| | | Title charges | Title charges     ($300.00) | 3520-000 | | | |
| | | County Tax | County tax     ($16.94) | 4700-000 | | | |
| 07/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.14 | | $22,146.51 |
| 08/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.19 | | $22,146.70 |
| 09/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.18 | | $22,146.88 |
| 10/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.19 | | $22,147.07 |
| 10/31/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.21 | $22,118.86 |
| 11/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.18 | | $22,119.04 |
| 11/30/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.27 | $22,091.77 |
| 12/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.18 | | $22,091.95 |
| 01/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.19 | | $22,092.14 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*     Page Subtotals:     $22,147.62     $55.48

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 11-00983 | Trustee Name: STEVEN R. RADTKE |
| Case Name: BARBARA J JACKSON | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX9986 |
| | Money Market Account |
| Taxpayer ID No: XX-XXX0558 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/15/2012 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/06/12 | INT | Bank of America | Post accrued interest for account number 4437829986. | 1270-000 | $0.03 | | $22,092.17 |
| 02/06/12 | | Transfer to Acct # xxxxxx0467 | Transfer of Funds from MMA account xxx9986 to Checking account xxx0467 | 9999-000 | | $22,092.17 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $22,147.65 | $22,147.65 |
| Less: Bank Transfers/CD's | $0.00 | $22,092.17 |
| Subtotal | $22,147.65 | $55.48 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $22,147.65 | $55.48 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 6)*                    Page Subtotals:                    $0.03         $22,092.17

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-00983 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | BARBARA J JACKSON | Bank Name: | Bank of America |
| | | Account Number/CD#: | XXXXXX0467 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0558 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/15/2012 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/06/12 | | Transfer from Acct # xxxxxx9986 | Transfer of Funds from MMA account xxx9986 to Checking account xxx0467 | 9999-000 | $22,092.17 | | $22,092.17 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $22,092.17 | $0.00 |
| Less: Bank Transfers/CD's | $22,092.17 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*        Page Subtotals:        $22,092.17        $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0467 - Checking | $0.00 | $0.00 | $22,092.17 |
| XXXXXX9986 - Money Market Account | $22,147.65 | $55.48 | $0.00 |
|  | $22,147.65 | $55.48 | $22,092.17 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $2,853.63 |
|---|---|
| Total Net Deposits: | $22,147.65 |
| Total Gross Receipts: | $25,001.28 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-00983-PSH  
Debtor Name: BARBARA J JACKSON  
Claims Bar Date: 7/5/2011  

Date: February 15, 2012

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Administrative | | $0.00 | $3,250.13 | $3,250.13 |
| 100 2200 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Administrative | | $0.00 | $14.15 | $14.15 |
| 100 3110 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Administrative | | $0.00 | $5,775.00 | $5,775.00 |
| 100 3120 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Administrative | | $0.00 | $331.32 | $331.32 |
| 100 3410 | Popowcer Katten Ltd.<br>35 East Wacker Drive, Suite 1550<br>Chicago, IL 60601-2124 | Administrative | | $0.00 | $989.00 | $989.00 |
| 1 300 7100 | American Infosource Lp As Agent For Wfcb<br>As Assignee Of<br>Hsn<br>Po Box 248872<br>Oklahoma City, Ok 73124-8872 | Unsecured | | $0.00 | $347.71 | $347.71 |
| 2 300 7100 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $3,507.94 | $3,507.94 |
| 3 300 7100 | Asset Acceptance Llc Assignee<br>Citibank<br>Po Box 2036<br>Warren Mi 48090 | Unsecured | | $0.00 | $863.63 | $863.63 |

Page 1                                    Printed: February 15, 2012

**UST Form 101-7-TFR (5/1/2011)** *(Page: 9)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-00983-PSH  
Debtor Name: BARBARA J JACKSON  
Claims Bar Date: 7/5/2011  

Date: February 15, 2012

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4 300 7100 | Asset Acceptance Llc Assignee Ge Capital<br>Po Box 2036<br>Warren Mi 48090 | Unsecured | | $0.00 | $597.45 | $597.45 |
| 5 300 7100 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $2,694.10 | $2,694.10 |
| 6 300 7100 | Jefferson Capital Systems Llc<br>Purchased From Compucredit Corporation<br>Po Box 7999<br>Saint Cloud, Mn 56302-9617 | Unsecured | | $0.00 | $652.42 | $652.42 |
| 7 300 7100 | Lvnv Funding Llc<br>Resurgent Capital Services<br>Po Box 10587<br>Greenville, Sc 29603-0587 | Unsecured | | $0.00 | $9,073.17 | $9,073.17 |
| 8 300 7100 | Capital Recovery Iv Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Unsecured | | $0.00 | $1,345.32 | $1,345.32 |
| 9 300 7100 | Capital Recovery Iv Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Unsecured | | $0.00 | $681.52 | $681.52 |
| 10 300 7100 | Capital Recovery Iv Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Unsecured | | $0.00 | $732.79 | $732.79 |
| 11 300 7100 | Capital Recovery Iii Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Unsecured | | $0.00 | $29,029.55 | $29,029.55 |
| 12 300 7100 | Resurgence Financial Llc<br>Legal Department<br>1161 Lake Cook Road<br>Suite D<br>Deerfield, Il 60015 | Unsecured | | $0.00 | $7,639.78 | $7,639.78 |
| | Case Totals | | | $0.00 | $67,524.98 | $67,524.98 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2                              Printed: February 15, 2012

**UST Form 101-7-TFR (5/1/2011)** *(Page: 10)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-00983-PSH  Date: February 15, 2012
Debtor Name: BARBARA J JACKSON
Claims Bar Date: 7/5/2011

## TRUSTEE'S PROPOSED DISTRIBUTION

          Exhibit D

Case No.: 1:11-00983-PSH  
Case Name: BARBARA J JACKSON  
Trustee Name: STEVEN R. RADTKE  

      Balance on hand        $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ | $ | $ |
| Trustee Expenses: STEVEN R. RADTKE | $ | $ | $ |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ | $ | $ |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____  
    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For Wfcb | $ | $ | $ |
| 2 | Discover Bank | $ | $ | $ |
| 3 | Asset Acceptance Llc Assignee Citibank | $ | $ | $ |
| 4 | Asset Acceptance Llc Assignee Ge Capital | $ | $ | $ |
| 5 | American Express Centurion Bank | $ | $ | $ |
| 6 | Jefferson Capital Systems Llc | $ | $ | $ |
| 7 | Lvnv Funding Llc | $ | $ | $ |
| 8 | Capital Recovery Iv Llc | $ | $ | $ |
| 9 | Capital Recovery Iv Llc | $ | $ | $ |
| 10 | Capital Recovery Iv Llc | $ | $ | $ |
| 11 | Capital Recovery Iii Llc | $ | $ | $ |
| 12 | Resurgence Financial Llc | $ | $ | $ |

    Total to be paid to timely general unsecured creditors      $_____

    Remaining Balance      $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE