# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                              §
                                    §
BARBARA J JACKSON                   §       Case No. 1:11-00983-PSH
                                    §
        Debtor(s)                   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    219 S. Dearborn Street
    Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee application(s) and any objection to the Final Report will be held at:
    10:30 a.m. on April 3, 2012
    in Courtroom 644, U. S. Courthouse
    219 South Dearborn Street, Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: _____Kenneth S. Gardner_____
                                             Clerk of the Bankruptcy Court

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
BARBARA J JACKSON § Case No. 1:11-00983-PSH
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 25,001.28 |
| and approved disbursements of | $ | 2,909.11 |
| leaving a balance on hand of[1] | $ | 22,092.17 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 3,250.13 | $ 0.00 | $ 3,250.13 |
| Trustee Expenses: STEVEN R. RADTKE | $ 14.15 | $ 0.00 | $ 14.15 |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ 5,775.00 | $ 0.00 | $ 5,775.00 |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ 331.32 | $ 0.00 | $ 331.32 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 989.00 | $ 0.00 | $ 989.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 10,359.60 |
| Remaining Balance | | $ | 11,732.57 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 57,165.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For Wfcb | $ 347.71 | $ 0.00 | $ 71.36 |
| 2 | Discover Bank | $ 3,507.94 | $ 0.00 | $ 719.97 |
| 3 | Asset Acceptance Llc Assignee Citibank | $ 863.63 | $ 0.00 | $ 177.25 |
| 4 | Asset Acceptance Llc Assignee Ge Capital | $ 597.45 | $ 0.00 | $ 122.62 |
| 5 | American Express Centurion Bank | $ 2,694.10 | $ 0.00 | $ 552.93 |
| 6 | Jefferson Capital Systems Llc | $ 652.42 | $ 0.00 | $ 133.90 |
| 7 | Lvnv Funding Llc | $ 9,073.17 | $ 0.00 | $ 1,862.17 |
| 8 | Capital Recovery Iv Llc | $ 1,345.32 | $ 0.00 | $ 276.11 |
| 9 | Capital Recovery Iv Llc | $ 681.52 | $ 0.00 | $ 139.87 |
| 10 | Capital Recovery Iv Llc | $ 732.79 | $ 0.00 | $ 150.40 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Capital Recovery Iii Llc | $ 29,029.55 | $ 0.00 | $ 5,958.00 |
| 12 | Resurgence Financial Llc | $ 7,639.78 | $ 0.00 | $ 1,567.99 |
| | Total to be paid to timely general unsecured creditors | | $ | 11,732.57 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Steven R. Radtke
Steven R. Radtke, Trustee

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                                   Case No. 11-00983-PSH
Barbara J Jackson                                                        Chapter 7
        Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0752-1          User: gbeemster              Page 1 of 3                   Date Rcvd: Mar 07, 2012
                              Form ID: pdf006              Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2012.
db           +Barbara J Jackson,    3518 W. 84th Street,    Chicago, IL 60652-3210
16659370     +Acct Rec Svc,    3031 N 114th St,    Wauwatosa, WI 53222-4218
16659371     +American Express,    c/o Becket and Lee LLP,    Po Box 3001,    Malvern, PA 19355-0701
17133430      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16659376     +BP,   PO Box 6497,   Sioux Falls, SD 57117-6497
16659374      Bank Of America,    200 Tournament Dr,    Horsham, PA 19044-3606
16659375     +Blatt, Hasenmiller, Leibsker et al,     125 S. Wacker Drive, Suite 400,    Chicago, IL 60606-4440
16659377     +Capital One,    PO Box 5294,   Carol Stream, IL 60197-5294
16659378     +Carson Pirie Scott,    PO Box 10327,    Jackson, MS 39289-0327
16659379     +Chase,   N54 W 13600 Woodale Dr,    Mennomonee, WI 53051-7026
16659380     +Chase Na,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
16659381     +Citibank,    Attention: Centralized Bankruptcy,     Po Box 20507,    Kansas City, MO 64195-0507
16659382     +Citibank,    PO Box 15521,   Wilmington, DE 19850-5521
16659383     +Citibank Usa,    Attn.: Centralized Bankruptcy,     Po Box 20363,    Kansas City, MO 64195-0363
16659387     +Freedman Anselmo Lindberg and,    1807 W. Diehl Rd.,    Naperville, IL 60563-1890
16659391     +GMAC,   2740 Arthur Street,    Roseville, MN 55113-1303
16659392     +Hccredit/cit,    Po Box 829,   Springdale, AR 72765-0829
16659393     +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
16659395     +JUTLA SANJAY,    55 E. JACKSON, 16TH FL.,    Chicago, IL 60604-4106
16659394     +Jefferson Capital Syst,    16 Mcleland Rd,    Saint Cloud, MN 56303-2198
17181533     +Jefferson Capital Systems LLC,    Purchased From COMPUCREDIT CORPORATION,     PO BOX 7999,
               SAINT CLOUD, MN 56302-7999
16659398     +Matterhorn Financial Services LLC,     9515 Deereco Rd,   Timonium Corporate Center Ste 1000,
               Lutherville Timonium, MD 21093-2116
16659400     +Nationwide Credit & Co,    815 Commerce Dr Ste 100,    Oak Brook, IL 60523-8839
16659401     +Nelson Watson & Assoc.,    80 Merrimack Street,    Haverhill, MA 01830-5202
16659402     +North Star Capital,    C/O Blitt & Gaines,    661 Glenn Ave.,    Wheeling, IL 60090-6017
16659404    ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Rc,      Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541)
16659403     +Peoples Gas,    130 E. Randolph Dr.,    Chicago, IL 60601-6302
17506292     +Resurgence Financial LLC,    1161 Lake Cook Road,    Suite E,    Deerfield, IL 60015-5277
16659407     +Sears/cbsd,    Po Box 6189,   Sioux Falls, SD 57117-6189
16659409     +Spiegel/FCNB,    9300 SW Gemini Drive,    Beaverton, OR 97008-7396
16659411     +Unifund,    Attention: Bankruptcy,    10625 Techwood Circle,    Cincinnati, OH 45242-2846
16659412     +Velocity Investments LLC,    1800 Route 34 North,    Building 4, Suite 404A,    Wall, NJ 07719-9147
16659414     +Wfnnb/chadwk,    Attn: Bankruptcy,    Po Box 182124,    Columbus, OH 43218-2124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17083549      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 08 2012 03:30:47
               American InfoSource LP as agent for WFCB,    as assignee of,    Hsn,    PO Box 248872,
               Oklahoma City, OK   73124-8872
16659372     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 08 2012 02:44:14      Asset Acceptance,
               Po Box 2036,   Warren, MI 48090-2036
16659373     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 08 2012 02:44:14      Asset Acceptance LLC,
               PO Box 9063,   Brandon, FL 33509-9063
17125187     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 08 2012 02:44:14
               Asset Acceptance LLC   assignee GE capital,    PO Box 2036,    Warren MI 48090-2036
17125146     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 08 2012 02:44:14
               Asset Acceptance LLC   assignee citibank,    PO Box 2036,    Warren MI 48090-2036
17484579      E-mail/PDF: rmscedi@recoverycorp.com Mar 08 2012 03:34:24      Capital Recovery III LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
17430505      E-mail/PDF: rmscedi@recoverycorp.com Mar 08 2012 03:34:24      Capital Recovery IV LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
16659385      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 08 2012 03:40:28      Discover Financial,
               PO Box 15316,   Wilmington, DE 19850
17102528      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 08 2012 03:40:28      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,   New Albany, OH   43054-3025
16659391     +E-mail/Text: ally@ebn.phinsolutions.com Mar 08 2012 02:44:52      GMAC,    2740 Arthur Street,
               Roseville, MN 55113-1303
16659389     +E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2012 03:34:22      Gemb/jcp,    Attention: Bankruptcy,
               Po Box 103104,   Roswell, GA 30076-9104
16659390     +E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2012 03:34:23      Gemb/walmart,    P.o. Box 981400,
               El Paso, TX 79998-1400
17388498      E-mail/Text: resurgentbknotifications@resurgent.com Mar 08 2012 02:43:43      LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
16659396     +E-mail/Text: resurgentbknotifications@resurgent.com Mar 08 2012 02:43:44      Lvnv Funding,
               Po Box 740281,   Houston, TX 77274-0281
16659399     +E-mail/Text: brenden.magnino@mcmcg.com Mar 08 2012 02:44:15      Midland Credit Management,
               Po Box 939019,   San Diego, CA 92193-9019
16659406     +E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2012 03:34:23      Sams Club,
               Attention: Bankruptcy Department,    Po Box 105968,   Atlanta, GA 30348-5968
16659408      E-mail/Text: bkr@cardworks.com Mar 08 2012 02:44:45      Spiegel/FCNB,    PO Box 9204,
               Old Bethpage, NY 11804-9004
```

```
District/off: 0752-1           User: gbeemster              Page 2 of 3                   Date Rcvd: Mar 07, 2012
                               Form ID: pdf006              Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
16659410      +E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2012 03:34:22       The Home Depot,    P.O.Box 630268,
               Irving, TX 75063-0268
16659413      +E-mail/Text: BKRMailOps@weltman.com Mar 08 2012 02:45:35       Weltman, Weinberg & Reis Co.,
               180 N. LaSalle Street, Suite 2400,    Chicago, IL 60601-2704
                                                                                             TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16659397*     +Lvnv Funding Llc,    Po Box 740281,   Houston, TX 77274-0281
16659384     ##+Citimortgage Inc,    Po Box 9438,   Gaithersburg, MD 20898-9438
16659386     ##+First Consumers Natl B,    9300 Sw Gemini Dr,   Beaverton, OR 97008-7396
16659388     ##+GE Capital,    PO Box 1928,   Tempe, AZ 85280-1928
16659405     ##+Resurgence Financial LLC,    4100 Commercial Avenue,    Legal Dept.,    Northbrook, IL 60062-1833
                                                                                      TOTALS: 0, * 1, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 09, 2012**                    **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: gbeemster            Page 3 of 3                  Date Rcvd: Mar 07, 2012
                              Form ID: pdf006            Total Noticed: 51
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2012 at the address(es) listed below:
          Alfredo J Garcia    on behalf of Debtor Barbara Jackson notice@ledfordwu.com,
           courtnotice@ledfordwu.com
          Elisabeth A Mohr    on behalf of Debtor Barbara Jackson
           courtnotice@ledfordwu.com;notice@ledfordwu.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Steven R Radtke    sradtke@chillchillradtke.com,   sradtke@ecf.epiqsystems.com
          Steven R Radtke    on behalf of Trustee Steven Radtke sradtke@chillchillradtke.com
                                                                                                           TOTAL: 5