# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                          §
                                                §
BARBARA J JACKSON                               §        Case No. 11-00983
                                                §
              Debtor(s)                         §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: <br> *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged <br> Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/STEVEN R. RADTKE _____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase N54 W 13600 Woodale Dr Mennomonee, WI 53051 | | | | | |
| | Citimortgage Inc Po Box 9438 Gaithersburg, MD 20898 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GMAC 2740 Arthur Street Roseville, MN 55113 | | | | | |
| | Jordan & White Attorneys PLLC Trust Account | | | | | |
| | Jordan & White Attorneys PLLC Trust Account | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| Bank of America | | | | | |
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| Popowcer Katten Ltd. | | | | | |
| Jordan & White Attorneys PLLC Trust Account | | | | | |
| Jordan & White Attorneys PLLC Trust Account | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Acct Rec Svc 3031 N 114th St Wauwatosa, WI 53222 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express c/o Becket and Lee LLP Po Box 3001 Malvern, PA 19355 | | | | | |
| | Asset Acceptance LLC PO Box 9063 Brandon, FL 33509 | | | | | |
| | Asset Acceptance Po Box 2036 Warren, MI 48090 | | | | | |
| | Asset Acceptance Po Box 2036 Warren, MI 48090 | | | | | |
| | Asset Acceptance PO Box 2036 Warren, MI 48090 | | | | | |
| | Bank Of America 200 Tournament Dr Horsham, PA 19044-3606 | | | | | |
| | Blatt, Hasenmiller, Leibsker et al 125 S. Wacker Drive, Suite 400 Chicago, IL 60606 | | | | | |
| | Blatt, Hasenmiller, Leibsker et al 125 S. Wacker Drive, Suite 400 Chicago, IL 60606 | | | | | |
| | BP PO Box 6497 Sioux Falls, SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One PO Box 5294 Carol Stream, IL 60197 | | | | | |
| | Carson Pirie Scott PO Box 10327 Jackson, MS 39289 | | | | | |
| | Chase Na 800 Brooksedge Blvd Westerville, OH 43081 | | | | | |
| | Citibank Attention: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64915 | | | | | |
| | Citibank PO Box 15521 Wilmington, DE 19805 | | | | | |
| | Citibank Usa Attn.: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | | | | |
| | Discover Financial PO Box 15316 Wilmington, DE 19850 | | | | | |
| | First Consumers Natl B 9300 Sw Gemini Dr Beaverton, OR 97008 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Freedman Anselmo Lindberg and 1807 W. Diehl Rd. Naperville, IL 60566 | | | | | |
| | GE Capital PO Box 1928 Tempe, AZ 85280 | | | | | |
| | Gemb/jcp Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Gemb/walmart P.o. Box 981400 El Paso, TX 79998 | | | | | |
| | Hccredit/cit Po Box 829 Springdale, AR 72765 | | | | | |
| | Hsbc Bank Attn: Bankruptcy Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Jefferson Capital Syst 16 Mcleland Rd Saint Cloud, MN 56303 | | | | | |
| | JUTLA SANJAY 55 E. JACKSON, 16TH FL. Chicago, IL 60604 | | | | | |
| | Lvnv Funding Llc Po Box 740281 Houston, TX 77274 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lvnv Funding Po Box 740281 Houston, TX 77274 | | | | | |
| | Matterhorn Financial Services LLC 9515 Deereco Rd Timonium Corporate Center Ste 1000 Lutherville Timonium, MD 21093 | | | | | |
| | Midland Credit Management Po Box 939019 San Diego, CA 92193 | | | | | |
| | Nationwide Credit & Co 815 Commerce Dr Ste 100 Oak Brook, IL 60523 | | | | | |
| | Nelson Watson & Assoc. 80 Merrimack Street Haverhill, MA 01830 | | | | | |
| | North Star Capital C/O Blitt & Gaines 661 Glenn Ave. Wheeling, IL 60090 | | | | | |
| | Peoples Gas 130 E. Randolph Dr. Chicago, IL 60601-6207 | | | | | |
| | Portfolio Rc Attn: Bankruptcy Po Box 41067 Norfolk, VA 23541 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Resurgence Financial LLC 4100 Commercial Avenue Legal Dept. Northbrook, IL 60062 | | | | | |
| | Sams Club Attention: Bankruptcy Department Po Box 105968 Atlanta, GA 30353 | | | | | |
| | Sears/cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Spiegel/FCNB 9300 SW Gemini Drive Beaverton, OR 97078 | | | | | |
| | Spiegel/FCNB PO Box 9204 Old Bethpage, NY 11804-9004 | | | | | |
| | The Home Depot P.O.Box 630268 Irving, TX 75063 | | | | | |
| | Unifund Attention: Bankruptcy 10625 Techwood Circle Cincinnati, OH 45242 | | | | | |
| | Velocity Investments LLC 1800 Route 34 North Building 4, Suite 404A Wall, NJ 07719 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Weltman, Weinberg & Reis Co. 180 N. LaSalle Street, Suite 2400 Chicago, IL 60601 | | | | | |
| | Wfnnb/chadwk Attn: Bankruptcy Po Box 182124 Columbus, OH 43218 | | | | | |
| 5 | American Express Centurion Bank | | | | | |
| 1 | American Infosource Lp As Agent For Wfcb | | | | | |
| 3 | Asset Acceptance Llc Assignee Citibank | | | | | |
| 4 | Asset Acceptance Llc Assignee Ge Capital | | | | | |
| 11 | Capital Recovery Iii Llc | | | | | |
| 8 | Capital Recovery Iv Llc | | | | | |
| 9 | Capital Recovery Iv Llc | | | | | |
| 10 | Capital Recovery Iv Llc | | | | | |
| 2 | Discover Bank | | | | | |
| 6 | Jefferson Capital Systems Llc | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Lvnv Funding Llc | | | | | |
| 12 | Resurgence Financial Llc | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 11-00983 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | BARBARA J JACKSON | | | | Date Filed (f) or Converted (c): | 01/11/2011 (f) |
| | | | | | 341(a) Meeting Date: | 02/14/2011 |
| For Period Ending: | 06/06/2012 | | | | Claims Bar Date: | 07/05/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a)<br>DA=554(c) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  3518 W. 84th Street, Chicago, IL 60652 Single-Family Home/De | 130,000.00 | 15,384.00 | DA | 0.00 | FA |
| 2.  Cash on Hand | 10.00 | 10.00 | DA | 0.00 | FA |
| 3.  Northern Trust Bank Savings Account | 211.27 | 211.27 | DA | 0.00 | FA |
| 4.  Fifth Third Bank Checking Account | 135.00 | 135.00 | DA | 0.00 | FA |
| 5.  Fifth Third Bank Savings Account | 63.00 | 63.00 | DA | 0.00 | FA |
| 6.  Fifth Third Bank Checking Account | 0.00 | 0.00 | DA | 0.00 | FA |
| 7.  North Trust Savings Bank Checking Account | 1,500.00 | 1,500.00 | DA | 0.00 | FA |
| 8.  Sofa, Loveseat, Entertainment Center, 2 Television Sets, VCR | 3,000.00 | 1,500.00 | DA | 0.00 | FA |
| 9.  Books & Family Pictures | 100.00 | 100.00 | DA | 0.00 | FA |
| 10.  Necessary Wearing Apparel | 500.00 | 500.00 | DA | 0.00 | FA |
| 11.  Wedding Ring, Bracelet, and Fur Coat | 200.00 | 200.00 | DA | 0.00 | FA |
| 12.  Camera, Camcorder, and Treadmill | 800.00 | 800.00 | DA | 0.00 | FA |
| 13.  Whole Life Insurance Policy with TexLife - spouse is sole be | 50,000.00 | 50,000.00 | DA | 0.00 | FA |
| 14.  State of Illinois Day-Care License---No Value | 0.00 | 0.00 | DA | 0.00 | FA |
| 15.  Vacant Land: Road 737, Philadelphia MS 39350 | 29,220.00 | 25,000.00 | | 25,000.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.28 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $215,739.27 | $95,403.27 | | $25,001.28 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sold vacant land in Philadelphia, Mississippi.  checked claims.  submitted relevant info to accountant to prepare required tax return; TFR prepared, approved and filed; hrg set for 4/12; checks mailed 4/11/12

Initial Projected Date of Final Report (TFR): 08/31/2012          Current Projected Date of Final Report (TFR):          Exhibit 8

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-00983                                                    Trustee Name: STEVEN R. RADTKE                    Exhibit 9
Case Name: BARBARA J JACKSON                                          Bank Name: Bank of America
                                                              Account Number/CD#: XXXXXX9986
                                                                                   Money Market Account
Taxpayer ID No: XX-XXX0558                              Blanket Bond (per case limit): $5,000,000.00
For Period Ending: 06/06/2012                          Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/05/11 | | Jordan & White Attorneys PLLC Trust Account P.O. Box 459 Philadelphia, MS 39350 | Proceeds of Sale Sale of 12 acres in Philadelphia, MS | | $22,146.37 | | $22,146.37 |
| | 15 | | Vacant Land: Road 737, $25,000.00 Philadelphia MS 39350 | 1110-000 | | | |
| | | Martin Real Estate | Broker's commission ($2,500.00) | 3510-000 | | | |
| | | Delinquent Ad Valoram County Taxes | County taxes ($36.69) | 4700-000 | | | |
| | | Title charges | Title charges ($300.00) | 3520-000 | | | |
| | | County Tax | County tax ($16.94) | 4700-000 | | | |
| 07/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.14 | | $22,146.51 |
| 08/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.19 | | $22,146.70 |
| 09/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.18 | | $22,146.88 |
| 10/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.19 | | $22,147.07 |
| 10/31/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.21 | $22,118.86 |
| 11/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.18 | | $22,119.04 |
| 11/30/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.27 | $22,091.77 |
| 12/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.18 | | $22,091.95 |
| 01/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.19 | | $22,092.14 |

UST Form 101-7-TDR (5/1/2011) (Page: 15)                          Page Subtotals:                    $22,147.62          $55.48

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No:  11-00983 | Trustee Name:  STEVEN R. RADTKE | |
| Case Name:  BARBARA J JACKSON | Bank Name:  Bank of America | |
| | Account Number/CD#:  XXXXXX9986 | |
| | Money Market Account | |
| Taxpayer ID No:  XX-XXX0558 | Blanket Bond (per case limit):  $5,000,000.00 | |
| For Period Ending:  06/06/2012 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/06/12 | INT | Bank of America | Post accrued interest for account number 4437829986. | 1270-000 | $0.03 | | $22,092.17 |
| 02/06/12 | | Transfer to Acct # xxxxxx0467 | Transfer of Funds from MMA account xxx9986 to Checking account xxx0467 | 9999-000 | | $22,092.17 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $22,147.65 | $22,147.65 |
| Less: Bank Transfers/CD's | $0.00 | $22,092.17 |
| Subtotal | $22,147.65 | $55.48 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $22,147.65 | $55.48 |

| | | |
|---|---|---|
| Page Subtotals: | $0.03 | $22,092.17 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-00983 | Trustee Name: STEVEN R. RADTKE |
| Case Name: BARBARA J JACKSON | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX0467 |
| | Checking |
| Taxpayer ID No: XX-XXX0558 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/06/2012 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/06/12 | | Transfer from Acct # xxxxxx9986 | Transfer of Funds from MMA account xxx9986 to Checking account xxx0467 | 9999-000 | $22,092.17 | | $22,092.17 |
| 04/10/12 | 1001 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 , | Distribution Reversal Need 2 checks, one for Trustee Fees and Expense and one for Attorney for Trustee Fees and Expenses | | | ($9,370.60) | $31,462.77 |
| | | STEVEN R. RADTKE | Final distribution representing a payment of 100.00 % per court order.        $3,250.13 | 2100-003 | | | |
| | | STEVEN R. RADTKE | Final distribution representing a payment of 100.00 % per court order.        $5,775.00 | 3110-003 | | | |
| | | STEVEN R. RADTKE | Final distribution representing a payment of 100.00 % per court order.        $331.32 | 3120-003 | | | |
| | | STEVEN R. RADTKE | Final distribution representing a payment of 100.00 % per court order.        $14.15 | 2200-003 | | | |
| 04/10/12 | 1001 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 , | Distribution | | | $9,370.60 | $22,092.17 |
| | | STEVEN R. RADTKE | Final distribution representing a payment of 100.00 % per court order.        ($3,250.13) | 2100-003 | | | |
| | | STEVEN R. RADTKE | Final distribution representing a payment of 100.00 % per court order.        ($5,775.00) | 3110-003 | | | |
| | | STEVEN R. RADTKE | Final distribution representing a payment of 100.00 % per court order.        ($331.32) | 3120-003 | | | |

| | | | Page Subtotals: | | $22,092.17 | $0.00 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 11-00983 | Trustee Name: STEVEN R. RADTKE | |
| Case Name: BARBARA J JACKSON | Bank Name: Bank of America | |
| | Account Number/CD#: XXXXXX0467 | |
| | Checking | |
| Taxpayer ID No: XX-XXX0558 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 06/06/2012 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | STEVEN R. RADTKE | Final distribution representing a payment of 100.00 % per court order. | ($14.15) 2200-003 | | | |
| 04/10/12 | 1002 | Popowcer Katten Ltd. 35 East Wacker Drive, Suite 1550 Chicago, IL 60601-2124 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $989.00 | $21,103.17 |
| 04/10/12 | 1003 | American Infosource Lp As Agent For Wfcb As Assignee Of Hsn Po Box 248872 Oklahoma City, Ok 73124-8872 | Final distribution to claim 1 representing a payment of 20.52 % per court order. | 7100-000 | | $71.36 | $21,031.81 |
| 04/10/12 | 1004 | Discover Bank Db Servicing Corporation Po Box 3025 New Albany, Oh 43054-3025 | Final distribution to claim 2 representing a payment of 20.52 % per court order. | 7100-000 | | $719.97 | $20,311.84 |
| 04/10/12 | 1005 | Asset Acceptance Llc Assignee Citibank Po Box 2036 Warren Mi 48090 | Final distribution to claim 3 representing a payment of 20.52 % per court order. | 7100-000 | | $177.25 | $20,134.59 |
| 04/10/12 | 1006 | Asset Acceptance Llc Assignee Ge Capital Po Box 2036 Warren Mi 48090 | Final distribution to claim 4 representing a payment of 20.52 % per court order. | 7100-000 | | $122.62 | $20,011.97 |
| 04/10/12 | 1007 | American Express Centurion Bank C O Becket And Lee Llp Pob 3001 Malvern, Pa 19355-0701 | Final distribution to claim 5 representing a payment of 20.52 % per court order. | 7100-000 | | $552.93 | $19,459.04 |
| 04/10/12 | 1008 | Jefferson Capital Systems Llc Purchased From Compucredit Corporation Po Box 7999 Saint Cloud, Mn 56302-9617 | Final distribution to claim 6 representing a payment of 20.52 % per court order. | 7100-000 | | $133.90 | $19,325.14 |
| 04/10/12 | 1009 | Lvnv Funding Llc Resurgent Capital Services Po Box 10587 Greenville, Sc 29603-0587 | Final distribution to claim 7 representing a payment of 20.52 % per court order. | 7100-000 | | $1,862.17 | $17,462.97 |

Page Subtotals: $0.00   $4,629.20

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 11-00983 | Trustee Name: STEVEN R. RADTKE |
| Case Name: BARBARA J JACKSON | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX0467 |
| | Checking |
| Taxpayer ID No: XX-XXX0558 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/06/2012 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/10/12 | 1010 | Capital Recovery Iv Llc C/O Recovery Management Systems Corporat 25 Se 2Nd Avenue Suite 1120 Miami Fl 33131-1605 | Final distribution to claim 8 representing a payment of 20.52 % per court order. | 7100-000 | | $276.11 | $17,186.86 |
| 04/10/12 | 1011 | Capital Recovery Iv Llc C/O Recovery Management Systems Corporat 25 Se 2Nd Avenue Suite 1120 Miami Fl 33131-1605 | Final distribution to claim 9 representing a payment of 20.52 % per court order. | 7100-000 | | $139.87 | $17,046.99 |
| 04/10/12 | 1012 | Capital Recovery Iv Llc C/O Recovery Management Systems Corporat 25 Se 2Nd Avenue Suite 1120 Miami Fl 33131-1605 | Final distribution to claim 10 representing a payment of 20.52 % per court order. | 7100-000 | | $150.40 | $16,896.59 |
| 04/10/12 | 1013 | Capital Recovery Iii Llc C/O Recovery Management Systems Corporat 25 Se 2Nd Avenue Suite 1120 Miami Fl 33131-1605 | Final distribution to claim 11 representing a payment of 20.52 % per court order. | 7100-000 | | $5,958.00 | $10,938.59 |
| 04/10/12 | 1014 | Resurgence Financial Llc Legal Department 1161 Lake Cook Road Suite D Deerfield, Il 60015 | Final distribution to claim 12 representing a payment of 20.52 % per court order. | 7100-000 | | $1,567.99 | $9,370.60 |
| 04/10/12 | 1015 | Steven R. Radtke Chill, Chill & Radtke, P.C. 79 West Monroe Street Suite 1305 Chicago, IL 60603 | Final Distribution Trustee Fees | 2100-000 | | $3,250.13 | $6,120.47 |
| 04/10/12 | 1016 | Steven R. Radtke Chill, Chill & Radtke, P.C. 79 West Monroe Street Suite 1305 Chicago, IL 60603 | Final Distribution Trustee Expenses | 2200-000 | | $14.15 | $6,106.32 |
| 04/10/12 | 1017 | Steven R. Radtke Chill, Chill & Radtke, P.C. 79 West Monroe Street Suite 1305 Chicago, IL 60603 | Final Distribution Attorney for Trustee Fees | 3110-000 | | $5,775.00 | $331.32 |
| | | | Page Subtotals: | | $0.00 | $17,131.65 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 11-00983 | Trustee Name: STEVEN R. RADTKE | |
| Case Name: BARBARA J JACKSON | Bank Name: Bank of America | |
| | Account Number/CD#: XXXXXX0467 | |
| | Checking | |
| Taxpayer ID No: XX-XXX0558 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 06/06/2012 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/10/12 | 1018 | Steven R. Radtke<br>Chill, Chill & Radtke, P.C.<br>79 West Monroe Street<br>Suite 1305<br>Chicago, IL 60603 | Final Distribution Attorney for Trustee Expenses | 3120-000 | | $331.32 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $22,092.17 | $22,092.17 |
| Less: Bank Transfers/CD's | $22,092.17 | $0.00 |
| Subtotal | $0.00 | $22,092.17 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $22,092.17 |

| Page Subtotals: | $0.00 | $331.32 |
|---|---|---|

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0467 - Checking | $0.00 | $22,092.17 | $0.00 |
| XXXXXX9986 - Money Market Account | $22,147.65 | $55.48 | $0.00 |
| | $22,147.65 | $22,147.65 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $2,853.63 |
| Total Net Deposits: | $22,147.65 |
| Total Gross Receipts: | $25,001.28 |

Page Subtotals:                    $0.00              $0.00